UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:          Case Number: 12-39476 GMB

Debtor: Candra Shine-Pitt

| Check Number | Creditor | Amount |
|---|---|---|
| 1861502 | Citifinancial | 2850.72 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   October 8, 2014